# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0059
LT Case No. 2020-CA-001715

_____

PEOPLE'S TRUST INSURANCE
COMPANY,

     Appellant,

     v.

KARL LORENZ and NANCY
LORENZ,

     Appellees.

_____

On appeal from Circuit Court for Seminole County.
Susan Stacy, Judge.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane, P.A., Tampa, and Brett Frankel and Jonathan Sabghir, Deerfield Beach, for Appellant.

Paul C. Perkins, Jr., of Paul & Perkins, P.A., Maitland, for Appellees.

October 8, 2024

ON CONFESSION OF ERROR

PER CURIAM.

Appellant appeals the final judgment entered in favor of Appellees. Appellees have filed a confession of error. We accept the

confession of error, reverse the judgment, and remand for further proceedings.

REVERSED and REMANDED for further proceedings.

JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____